CLOSED,INTERPRETER

# U.S. District Court
# Northern District of Texas (Dallas)
# CRIMINAL DOCKET FOR CASE #: 3:25−mj−00881−BW−1

Case title: USA v. Wu

Date Filed: 09/04/2025

Other court case number: 25−mj−261 Eastern District of New York

Date Terminated: 09/05/2025

---

Assigned to: US Magistrate Judge Brian McKay

**Defendant (1)**

**Qiuju Wu**
*TERMINATED: 09/05/2025*

represented by **Federal Public Defender**
Federal Public Defender − Dallas
525 Griffin St
Suite 629
Dallas, TX 75202
214−767−2746
Fax: 214−767−2886
Email: jason_hawkins@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Unknown*
*Bar Status: Admitted/In Good Standing*

**Pending Counts** | **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts** | **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints** | **Disposition**

Out of District Complaint (Rule 5)

---

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/04/2025 | 1 | Rule 5 Arrest as to Out of District Complaint for 3:25−mj−881−BW. In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (mcrd) (Entered: 09/04/2025) |
| 09/05/2025 | 2 | Minute Entry for proceedings held before US Magistrate Judge Brian McKay: Initial Appearance as to Out of District Complaint for 3:25−mj−881−BW held on 9/5/2025. Date of Arrest: 9/5/2025. The judge issued the oral order required by Fed. R. Crim. P. 5(f)(1). Written order to follow. Defendant remanded into custody of the USMS. Attorney Appearances: AUSA − Ryan Niedermnair; Defense − Frances Ekwerekwu. (No exhibits) Time in Court − :17. (Court Reporter: Digital File) (Mandarin Interpreter Vivian Josh.) (USPO Chavez.) (mcrd) (Entered: 09/08/2025) |
| 09/05/2025 | 3 | ELECTRONIC ORDER As to Qiuju Wu: by this order −− issued to the prosecution and defense counsel −− the court confirms the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law.<br><br>This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is in addition to the oral order entered by the court on the first scheduled court date when both the prosecutor and defense counsel were present. (Ordered by US Magistrate Judge Brian McKay on 9/5/2025) (mcrd) (Entered: 09/08/2025) |
| 09/05/2025 | 4 | (Document Restricted) CJA 23 Financial Affidavit by Qiuju Wu. (mcrd) (Entered: 09/08/2025) |
| 09/05/2025 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Qiuju Wu. Federal Public Defender for Qiuju Wu appointed. (Ordered by US Magistrate Judge Brian McKay on 9/5/2025) (mcrd) (Entered: 09/08/2025) |
| 09/05/2025 | 6 | WAIVER of Rule 5 & 5.1 Hearings by Qiuju Wu. (mcrd) (Entered: 09/08/2025) |
| 09/05/2025 | 7 | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Qiuju Wu. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to Eastern District of New York. (Ordered by US Magistrate Judge Brian McKay on 9/5/2025) (mcrd) (Entered: 09/08/2025) |

MIME−Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
−−Case Participants: US Magistrate Judge Brian McKay (alice_king@txnd.uscourts.gov, angelica_aguilar@txnd.uscourts.gov, ben_husting@txnd.uscourts.gov, brian_mckay@txnd.uscourts.gov, judge_mckay_ecfdocs@txnd.uscourts.gov, paula_taylor@txnd.uscourts.gov)
−−Non Case Participants:
−−No Notice Sent:

Message−Id:16559725@txnd.uscourts.gov
Subject:Activity in Case 25−881 Sealed v. Sealed (Redacted Notice)
Content−Type: text/html

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

**U.S. District Court**

**Northern District of Texas**

## Notice of Electronic Filing

The following transaction was entered on 9/4/2025 at 3:54 PM CDT and filed on 9/4/2025

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 3:25−mj−00881−BW *SEALED* |
| **Filer:** | |
| **Document Number:** | 1(No document attached) |

**Docket Text:**
**Rule 5 Arrest as to Out of District Complaint for 3:25−mj−881−BW. In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (mcrd)**

**3:25−mj−00881−BW *SEALED*−1 No electronic public notice will be sent because the case/entry is sealed.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| JUDGE: BRIAN McKAY | |
|---|---|
| DEPUTY CLERK: A. Aguilar | COURT REPORTER/TAPE NO: FTR |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: Vivian (Mandarin) | COURT TIME: 10:42 - 10:56; 11:35 - 11:38 |
| A.M. / P.M. | DATE: September 5, 2025 |

☑ MAG. NO. ☐ DIST. CR. NO. 3:25-mj-00881-BW *SEALED*

UNITED STATES OF AMERICA § Ryan Medermair, AUSA
§
v. § ____________ ☐
§
§ Frances Ekwerekwu (F) ☐
QIUJU WU § COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☑ INITIAL APPEARANCE ☐ IDENTITY ☐ BOND HEARING ☐ PRELIMINARY HEARING
☐ DETENTION HEARING ☐ COUNSEL DETERMINATION HEARING ☐ REMOVAL HEARING ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON ____________ CASE NO. ____________ ☐ OTHER DISTRICT ☐ DIVISION
☐ DATE OF FEDERAL ARREST/CUSTODY: ☐ SURRENDER ____________
☑ RULE 5/32 ☐ APPEARED ON WRIT
☑ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☑ DEFT FIRST APPEARANCE WITH COUNSEL.
☑ DEFT ☐ MW (MATERIAL WITNESS) ____________ APPEARED ☑ WITH ☐ WITHOUT COUNSEL
☑ REQUESTS APPOINTED COUNSEL.
☑ FINANCIAL AFFIDAVIT EXECUTED.
☑ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED ____________
☐ DEFT HAS RETAINED COUNSEL ____________
☐ ARRAIGNMENT SET ☐ DETENTION HEARING SET ____________

☐ PRELIMINARY HEARING SET ____________ ☐ BOND HEARING SET ____________
☐ COUNSEL DETERMINATION HEARING SET ____________
☐ IDENTITY/REMOVAL HEARING SET ____________
☐ BOND ☐ SET ☐ REDUCED TO $ ____________ ☐ CASH ☐ SURETY ☐ 10% ☐ PR ☐ UNS ☐ 3RD PTY ☐ MW
☐ NO BOND SET AT THIS TIME, ____ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS
☑ DEFT ☐ MW REMANDED TO CUSTODY.
☑ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☑ WAIVER OF ☐ PRELIMINARY HEARING ☑ RULE 5/32 HEARING ☐ DETENTION HEARING
☑ COURT FINDS PROBABLE CAUSE ☑ ID ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☑ FED. R. CRIM. P. 5(f)(1) ORAL ORDER ISSUED. WRITTEN ORDER TO FOLLOW.

☐ REMARKS: ____________

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 5 2025
CLERK, U.S. DISTRICT COURT
By ____ Deputy

MIME−Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
−−Case Participants: US Magistrate Judge Brian McKay (alice_king@txnd.uscourts.gov, angelica_aguilar@txnd.uscourts.gov, ben_husting@txnd.uscourts.gov, brian_mckay@txnd.uscourts.gov, judge_mckay_ecfdocs@txnd.uscourts.gov, paula_taylor@txnd.uscourts.gov)
−−Non Case Participants:
−−No Notice Sent:

Message−Id:16564546@txnd.uscourts.gov
Subject:Activity in Case 3:25−mj−00881−BW USA v. Wu Rule 5(f)(1) Order
Content−Type: text/html

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

**U.S. District Court**

**Northern District of Texas**

## Notice of Electronic Filing

The following transaction was entered on 9/8/2025 at 11:13 AM CDT and filed on 9/5/2025

| | |
|---|---|
| **Case Name:** | USA v. Wu |
| **Case Number:** | 3:25−mj−00881−BW |
| **Filer:** | |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
**ELECTRONIC ORDER As to Qiuju Wu: by this order −− issued to the prosecution and defense counsel −− the court confirms the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law.**

**This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is in addition to the oral order entered by the court on the first scheduled court date when both the prosecutor and defense counsel were present. (Ordered by US Magistrate Judge Brian McKay on 9/5/2025) (mcrd)**

**3:25−mj−00881−BW−1 Notice has been electronically mailed to:**

**3:25−mj−00881−BW−1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will serve notice of court Orders and Judgments by mail as required by the federal rules. An attorney/pro se litigant is cautioned to carefully follow the federal rules (see FedRCivP 5) with regard to service of any document the attorney/pro se litigant has filed with the court. The clerk's office will not serve paper documents on behalf of an attorney/pro se litigant.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 3:25-mj-00881-BW *SEALED* |
| | § | |
| QIUJU WU | § | |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The Court, having considered the Financial Affidavit of the Defendant, finds that the Defendant is financially unable to obtain counsel.

IT IS, THEREFORE, ORDERED pursuant to Title 18, United States Code, Section 3006A, that the Federal Public Defender for the Northern District of Texas is appointed as counsel of record for the above named Defendant. Such appointment shall be for all proceedings, including any appeal.

SIGNED 5th day of September, 2025.

BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:25-mj-00881-BW *SEALED* |
| | § | |
| v. | § | |
| | § | |
| QIUJU WU | § | Charging District's Case No. 25-mj-261 |

**WAIVER OF RULE 5 & 5.1 HEARINGS**
**(Complaint or Indictment)**

I understand that I have been charged in another district, the (*name of other court*) Eastern District of New York.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probably cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 5 2025
CLERK, U.S. DISTRICT COURT
By
Deputy

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☑ Preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 5th day of September, 2025

Qiu ju Wu
*Defendant's signature*

[signature]
*Signature of defendant's attorney*

*Printed name of defendant's attorney*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:25-mj-00881-BW *SEALED* |
| | § | Other Dist. Docket No. 25-mj-261 |
| v. | § | Charge Pending: |
| | § | Eastern District of New York |
| QIUJU WU | § | |

**REPORT OF PROCEEDINGS UNDER RULES 5(c)(3) and 5.1**
**AND ORDER ENTERED THEREON**

The defendant is charged in the above-referenced district with the offense of Title 18, United States Code, Section 1344. Having been arrested in this district on a warrant issued on that/those charge(s), he/she appeared before me for proceedings as follows:

---

**Rule 5(c)(3)** **Transfer**

☐ The government has produced a copy of the warrant, and

☒ The Court finds that the person before the Court is the defendant named in the indictment, information or warrant because:

☒ The defendant waived identity hearing.

☐ An identity hearing was conducted, and the defendant's identity was established.

☐ The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is **NOT** the defendant named in the indictment, information or warrant.

---

**Rule 5.1:** **Preliminary Hearing**

☐ No preliminary hearing is necessary because the defendant is charged by indictment.

☐ The defendant waived a preliminary hearing.

☒ The defendant elected to have a preliminary hearing in the district where the prosecution is pending.

☐ The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

☐ There is probable cause to believe that the defendant committed the offense(s) charged.

☐ There is NOT probable cause to believe that the defendant committed the offense(s) charged.

---

**Rule 5(d)(3)** **Detention Hearing**

☐ No detention hearing is necessary because the government did not move to detain the defendant.

☐ The defendant waived a detention hearing.

☒ The defendant elected to have a detention hearing in the district where the prosecution is pending.

☐ The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

- ☐ The defendant should be detained.
- ☐ The defendant should be released on bond.

---

**ORDER ENTERED ON THE FOREGOING REPORT**

TO: UNITED STATES MARSHAL

☒ You are commanded to transfer the above-named defendant forthwith to the district in which he is charged and there deliver him to the United States Marshal for that district or to some other officer authorized to receive him.

☐ It is ORDERED that this defendant be released from custody on bond pending further proceedings.

☐ It is ORDERED that this defendant be discharged.

DATE: 5th day of September, 2025

(Use Other Side for Return)

United States Magistrate Judge